441 A.2d 454

Commonwealth v. Merchel, Appellant.

526

Submitted March 11, 1981. Julius E. Fioravanti, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Judgment of sentence affirmed.